# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GENERAL SECURITY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION and LYNCH INVESTMENT GROUP D/B/A ENVIRONMENTAL & TECHNICAL SERVICES LLC,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-cv-00692 (JHR) (AMD)<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that on Monday, August 15, 2022, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiff, General Specialty National Insurance Company ("General Security"), shall make application to the above Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey 08101, for an Order granting General Specialty's Motion for Partial Summary Judgment in the above matter, and;

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, General Specialty shall rely upon the Memorandum of Law In Support of General Specialty's Motion for Partial Summary Judgment, and;

**PLEASE TAKE FURTHER NOTICE** that, in further support of this motion, General Specialty shall also rely upon the Certification of Tara E. McCormack, Esq., and;

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), requests oral argument only if opposition to the motion is timely filed; and

**PLEASE TAKE FURTHER NOTICE** that General Specialty requests that the Court enter the proposed form of Order attached hereto.

**KENNEDYS CMK LLP**

Dated: July 19, 2022     By:     /s/ Tara E. McCormack
Christopher R. Carroll, Esq.
Tara E. McCormack, Esq.
Joanna L. Young, Esq. (*pro hac vice*)
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
Tel.: 908.848.6300
Fax: 908.647.8390
Christopher.Carroll@kennedyslaw.com
Tara.McCormack@kennedyslaw.com
Joanna.Young@kennedyslaw.com
*Attorneys for Plaintiff*
*General Security National Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Motion for Partial Summary Judgment was served upon all counsel of record by electronic case filing (ECF) on July 19, 2022.

Dated:  July 19, 2022                         /s/ Tara E. McCormack
                                                  Tara E. McCormack