# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GENERAL SECURITY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION and LYNCH INVESTMENT GROUP D/B/A ENVIRONMENTAL & TECHNICAL SERVICES LLC,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-cv- 00692(JHR) (AMD)<br><br><br>**[PROPOSED] ORDER** |

This matter having been brought before the Court by Plaintiff, General Specialty National Insurance Company ("General Specialty"), for an Order granting partial summary judgment in Plaintiff General Specialty's favor; and the Court having considered the moving papers and any papers submitted in opposition thereto; and this matter being considered pursuant to the Federal Rules of Civil Procedure, and for good cause shown:

It is on this ___ day of _____ 2022;

**ORDERED** that Plaintiff General Specialty's Motion for Partial Summary Judgment is granted; and it is

**FURTHER ORDERED** that Defendant Capitol Specialty Insurance Company ("CSIC") has a duty to defend Defendant Lynch Investment Group d/b/a Environmental Services LLC ("Lynch") in connection with the Underlying Action; and it is

**FURTHER ORDERED** that, from the date of this Order, Defendant CSIC shall share equally in the cost of the defense of Defendant Lynch in the Underlying Action with Plaintiff General Security.

_____
U.S.D.J.