

**FRANK A. VALVERDE**
PARTNER
(516) 357-3339
Frank.valverde@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

August 3, 2022

<u>VIA ECF</u>

Honorable Joseph H. Rodriguez
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, NJ 08101

   Re: *General Sec. Nat'l Ins. Co. v. Capitol Spec. Ins. Corp.*,
      <u>Civil Action No. 1:22-cv-00692-JHR-AMD</u>

Dear Judge Rodriguez:

  We represent Defendant Capitol Specialty Insurance Corporation in connection with the above-referenced action. Due to recent health issues and upcoming vacations, we write to respectfully request an adjournment of Plaintiff's motion for partial summary judgment currently scheduled for August 15, 2022 to **September 19, 2022,** or as soon thereafter as is convenient for the Court. **All parties have consented to this request.**

  We thank the Court for its consideration of this request.

                Respectfully submitted,

                RIVKIN RADLER LLP

                *Frank A. Valverde*

                Frank A. Valverde

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000  F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

5929244.v1