UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENERAL SECURITY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION and LYNCH INVESTMENT GROUP D/B/A ENVIRONMENTAL & TECHNICAL SERVICES LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:22-cv-00692 (JHR) (AMD) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, General Security National Insurance Company, and Defendants, Capitol Specialty Insurance Corporation and Lynch Investment Group d/b/a Environmental & Technical Services, by and through their respective counsel, hereby stipulate to dismissal of the above-referenced action in its entirety, including all claims, cross-claims and counterclaims therein, without prejudice, and with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 12, 2022

| | |
|---|---|
| **KENNEDYS CMK LLP**<br>*Attorneys for Plaintiff,*<br>*General Security National Insurance Company*<br><br>By: _____<br>Tara E. McCormack, Esq. | **RIVKIN RADLER LLP**<br>*Attorneys for Defendant,*<br>*Capitol Specialty Insurance Corporation*<br><br>By: _____<br>Frank A. Valverde, Esq. |

GARRITY GRAHAM MURPHY
GAROFALO & FLYNN P.C.
*Attorneys for Defendant,*
*Lynch Investment Group d/b/a*
*Environmental Technical Services*

By: _____
Francis X. Garrity, Esq.